UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

RICHARD ALLEN TUMBLING
AND JUDY ANN TUMBLING

CASE NO. 20-50198-MAR
CHAPTER 13
HONORABLE MARK A. RANDON

DEBTORS.
_____/

JAMES P. FREGO II (P55727)
Attorney for Debtors
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

## PROOF OF SERVICE

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 26th day of October, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. to Confirmation of Debtors' Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Krispen S. Carroll | James P. Frego II |
| Trustee | Attorney at Law |
| 719 Griswold, Suite 1100 | 23843 Joy Road |
| Detroit, MI 48226 | Dearborn Heights, MI 48127 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                              O'REILLY RANCILIO P.C.

                                              */s/ Craig S. Schoenherr, Sr.*

                                              _____
                                              CRAIG S. SCHOENHERR, SR. (P32245)
                                              Attorney for Creditor
                                              12900 Hall Road, Suite 350
                                              Sterling Heights, MI  48313-1151
                                              (586) 726-1000
                                              ecf@orlaw.com

DATED:  October 26, 2020